UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

                Plaintiff,

-against-

DAVE WONGENBERND; DANIEL MARC WONGENBERND,

                Defendants.

20-CV-0777 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 14, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the February 11, 2020 order in *Calvino v. Fauto L.*, ECF 1:19-CV-11958, 5 (S.D.N.Y. Feb. 11, 2020), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 14, 2020
        New York, New York

                                          COLLEEN McMAHON
                                        Chief United States District Judge